FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS MARIA CAMACHO LOPEZ<br><br>    Defendant. | 5:24-MJ-00339<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- COMMISSION OF NON OFFENSE WHILE ON SUPERVISION
- HISTORY OF SUPERVISION VIOLATIONS

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- HISTORY OF SUPERVISION VIOLATIONS

IT IS ORDERED that defendant be detained.

DATED: 8/21/24

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE